Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 13 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHANIE MICHELLE BEASLEY,<br><br>Defendant. | 2:22-CR-146-RMP<br><br>INFORMATION<br><br>Vio:  18 U.S.C. § 1029(a)(3), (c)(1)(A)(i)<br>Possession of Fifteen or More Unauthorized Access Devices<br><br>18 U.S.C. § 981(a)(1)(C);<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The United States Attorney charges:

Beginning on a date unknown, but by on or about June 25, 2018, and continuing until on or about April 20, 2020, in the Eastern District of Washington, the Defendant, STEPHANIE MICHELLE BEASLEY, knowingly and with intent to defraud, possessed at least fifteen unauthorized access devices, said possession affecting interstate and foreign commerce, in violation of 18 U.S.C. § 1029(a)(3), (c)(1)(A)(i).

INFORMATION – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Information are hereby re-alleged and incorporated herein by this reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 1029(a)(3), (c)(1)(A)(i), as alleged in this Information, the Defendant, STEPHANIE MICHELLE BEASLEY, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, all pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

If any of the property described above, as the result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

DATED this 13th day of October, 2022.

Vanessa R. Waldref
United States Attorney

Michael J. Ellis
Assistant United States Attorney

INFORMATION – 2