PS 8 (3/15)

Case 2:22-cr-00146-RMP    ECF No. 42    filed 04/03/23    PageID.156    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Beasley, Stephanie Michelle | Docket No. | 0980 2:22CR00146-RMP-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Stephanie Michelle Beasley, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Rosanna Malouf Peterson, sitting in the Court at Spokane, Washington, on the 7th day of March 2023, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 8, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Beasley. Ms. Beasley acknowledged an understanding of the conditions at that time.

**Violation #1:** Stephanie Michelle Beasley is alleged to have violated the conditions of her pretrial release supervision by admitting to ingesting marijuana, as well as testing positive for the presence of amphetamine and methamphetamine on March 15, 2023.

On March 15, 2023, Ms. Beasley reported to the U.S. Probation Office for the purpose of random drug testing. Prior to submitting to drug testing, Ms. Beasley admitted to ingesting marijuana on or about March 11, 2023, and signed a substance abuse admission form.

Subsequently, Ms. Beasley provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine but negative for the presence of marijuana. The sample was sent to Alere Toxicology Services (Alere) for further analysis.

On March 20, 2023, Alere confirmed the aforementioned urine specimen tested negative for the presence of marijuana.

On March 21, 2023, Alere confirmed the aforementioned urine specimen tested positive for the presence of amphetamine and methamphetamine.

PRAYING THAT THE COURT WILL ISSUE SUMMONS

| | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
| | Executed on:   April 3, 2023 |
| by | s/Erik Carlson |
| | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Beasley, Stephanie Michelle
April 3, 2023
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

4/3/2023
Date